IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRYL MAURICE YOUNG,

    Plaintiff,

v.                                                                                    4:14cv528-WS

C. HODGSON, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed October 17, 2014.  <u>See</u> Doc. 4.  The magistrate judge recommends that the plaintiff's complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).  The plaintiff has filed objections (doc. 11) to the magistrate judge's report and recommendation.

    Having reviewed the record in this case in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 4) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this   12th   day of    January   , 2015.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE