IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DARRYL MAURICE YOUNG,

     Plaintiff,

v.                                                                   4:14cv528-WS

C. HODGSON,

     Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 16) docketed March 11, 2015.  The magistrate judge recommends that the plaintiff's motion (doc. 14) for leave to proceed in forma pauperis on appeal be denied.  The plaintiff has filed no objections to the report and recommendation.

     The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is

ORDERED:

1.  The magistrate judge's report and recommendation (doc. 16) is hereby

ADOPTED and incorporated by reference in this order.

2.  The plaintiff's motion (doc. 14) for leave to proceed in forma pauperis on

appeal is DENIED.

3.  Construed as a motion for an extension of time to file a notice of appeal,

the motion (doc. 14) is DENIED.

4.  The clerk shall forward a copy of document 15 to the United States Court

of Appeals for the Eleventh Circuit.

DONE AND ORDERED this ___13th___ day of ___April___, 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE